UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: **10-10861**

**Robert P. Murphy, Jr.**
Plaintiff

v.

**The Prudential Insurance Company of America**
Defendant

ORDER OF DISMISSAL

SARIS, D.J.

In accordance with the Court's allowance of the Defendant's Motion to Dismiss on 6/28/10, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

 /s/ Christine M. Patch
Deputy Clerk

June 28, 2010

To: All Counsel